No. 1,884.—MURDOCK, RESPONDENT, v. JARDINE ET AL., APPELLANTS. STRINGFEILD ET AL., INTERVENORS AND RESPONDENTS.

*Appeal from District Court, Park County; Frank Henry, Judge.*

On motion to dismiss appeal.

Decided November 29, 1902.

PER CURIAM.—Upon motion of H. G. McIntire, Esquire, of counsel for appellants, this appeal is dismissed, without prejudice, at the cost of appellants.

*Messrs. Toole & Bach, Messrs. H. G. & S. H. McIntire,* for Appellants.

*Messrs. Kirk & Clinton, Mr. A. P. Stark, Mr. A. J. Campbell, Mr. C. H. Fish, Jr.,* and *Mr. T. J. Walsh,* for Respondents.

———

No. 1,867.—STATE EX REL. JARDINE ET AL., RELATORS, v. DISTRICT COURT OF THE SIXTH JUDICIAL DISTRICT ET AL., RESPONDENTS.

Original—Writ of Prohibition.

Decided November 29, 1902.

PER CURIAM.—Upon motion of H. G. McIntire, Esquire, of counsel for relators, this proceeding is dismissed, without prejudice, at the cost of relators.